**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR626-003 |
| | ) | |
| DANNY ALAN GUYTON | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Tara M. Lyons** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Tara M. Lyons** be granted leave of absence for the following periods: August 25, 2026 through September 1, 2026; October 30, 2026 through November 6, 2026 and November 25, 2026 through November 30, 2026.

**SO ORDERED**, this the 12th day of August, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA